## MOTION DOCKET

**89–1187.** State v. Jells. *Cuyahoga County*, No. 54733. On motion to produce/transmit record. Motion granted.

Moyer, C.J., and Douglas, J., dissent.

**90–2238.** State, ex rel. Hurt, v. Kistler. *Miami County*, No. 90–CA–38. On motion to advance on docket. Motion granted.

Moyer, C.J., and H. Brown, J., dissent.

**91–41.** Ross v. Nationwide Mut. Ins. Co. *Franklin County*, No. 90AP–165. On motion for leave to amend brief. Motion granted.

**91–641.** Hybud Equip. Corp. v. Sphere Drake Ins. Co., Ltd. *Summit County*, No. 14597. On motions for leave to file *amicus* of Ohio Attorney General, Ohio Manufacturers' Association et al., Ohio Township Association et al., Danis Environmental Management Co. et al., and Akron et al. Motions granted.

On motion for leave to exceed page limit. Motion granted.

Moyer, C.J., and Holmes, J., dissent.

**91–995.** State, ex rel. Miller, v. Rear Door Bookstore. *Franklin County*, No. 90AP–986. On motion for leave to file *amicus* of Ohio Prosecuting Attorneys Association instanter. Motion granted.

Moyer, C.J., dissents because the motion is out of rule.

**91–1028.** In re Petition to Annex 320 Acres to South Lebanon. *Warren County*, No. CA90–04–024. On motion for leave to file *amicus* of Ohio Municipal League and on motion to consolidate with 91–1037, *In re Petition to Annex 320 Acres to South Lebanon*, Warren County No. CA90–08–054. Motions granted.

On motion to extend time for argument. Motion denied.

**91–1037.** In re Petition to Annex 320 Acres to South Lebanon. *Warren County*, No. CA90–08–054. On motions for leave to file *amicus* of Ohio Municipal League and South Lebanon. Motions granted.

**91–1302.** Manufacturer's Natl. Bank of Detroit v. Erie Cty. Road Comm. Certified Question of State Law, No. 903043. On request for oral argument. Request granted.

Holmes, Douglas and Resnick, JJ., dissent.

**91–1328.** Page v. AEI Group, Inc. *Franklin County*, No. 90AP–151. On motion to reconsider denial of motion to disburse. Motion denied.

Moyer, C.J., Douglas and Resnick, JJ., dissent.

**91–1413.** State v. Johnson. *Montgomery County*, No. CA 12335. On motion for judgment in the pleadings and to prohibit further briefing. Motion granted.

**91–1494.** State, ex rel. Applegate, v. Weadock. In Mandamus. On motion to dismiss. Motion to dismiss treated as motion for summary judgment pursuant to Civ.R. 12(B)(6). Respondent has fourteen days to file evidence and brief; relator has fourteen days thereafter to file evidence and brief; respondent has seven days thereafter to respond.

**91–1504.** State v. Fittro. *Cuyahoga County*, No. 58227. On motion for leave to file supplemental order of certification and brief instanter. Motion granted.

**91–1761.** Ohio Bell Tel. Co. v. Pub. Util. Comm. Public Utilities Commission, No. 88–452–TP–COI. On motion for leave to intervene of Ohio Public Communications Association. Motion granted.

On motion to dismiss. Motion to dismiss overruled.

**91–1793.** Harris v. Atlas Single Ply Sys., Inc. *Guernsey County*, No. 90CA32. On motion for leave to file *amicus* and to participate in oral argument of Ohio State Building and Construction